UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **T'MICHAEL JONES #62610-019** | **CASE NO.  2:19-CV-01369 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FEDERAL BUREAU OF PRISONS** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 17] of the Magistrate Judge, recommending that petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 be denied. Defendant has not filed objections to the Report and Recommendation and his time for doing so has passed. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 17] be **ADOPTED** and that this matter be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, on this 14th day of January, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**